**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**
**Case No.: 0:26-cv-61716-AHS**

**CLAUDEL LAURENT and**
**GUILENE LAURENT,**

**Plaintiffs,**

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC., and**
**EQUIFAX INFORMATION SERVICES, LLC.**

**Defendants.**
______________________________________/

**JOINT NOTICE OF PROPOSED SETTLEMENT**

Plaintiffs hereby notifies the Court that Plaintiffs, **CLAUDEL LAURENT and GUILENE LAURENT** and Defendant, **TRANSUNION LLC.**, have settled this matter in principle. Plaintiff hereby requests forty-five (45) days to file the requisite dismissal notice.

Respectfully submitted this on the 26th Day of August 2026.

**DEBT SHIELD LAW**
***/s/ Kevin Rajabalee, Esq.***
Kevin Rajabalee
Fla. Bar. No. 119948
3440 Hollywood Blvd., Suite 415
Hollywood, FL 33021
Main: 754-800-5299
Direct: 954-667-3096
Fax: 305-503-9457
kevin@debtshieldlaw,com
dayami@debtshieldlaw.com
service@debtshieldlaw.com
***Attorney for Plaintiff***

**TRANS UNION, LLC.**
***/s/ Charlotte Long,Esq.***
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
555 W. Adams Street
Chicago, IL 60661
Telephone: 469-578-1464
***Counsel for Defendant***
***Trans Union, LLC***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**
**Case No.: 0:26-cv-61716-AHS**

**CLAUDEL LAURENT and**
**GUILENE LAURENT,**

**Plaintiffs,**

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC., and**
**EQUIFAX INFORMATION SERVICES, LLC.**

**Defendants.**
_____________________________________/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2026, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Kevin Rajabalee,
Kevin Rajabalee, Esq

All Defendants
Via transmission of Notices of Electronic Filing generated by CM/ECF.